# United States Court of Appeals for the Fifth Circuit

————————

No. 25-60459

————————

Thomas Brett Barham,

United States Court of Appeals
Fifth Circuit

**FILED**

March 6, 2026

Lyle W. Cayce
Clerk

*Plaintiff—Appellant*,

*versus*

Jasmine Renee Beckum; J. Dewayne Thomas, *Civil Officer*; Does 1 through 10; Patricia Mack, *Civil Officer*; NFN Wells, *Sergeant, Deputy Sheriff*,

*Defendants—Appellees*.

————————————————————

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:25-CV-58

————————————————————

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

We have carefully considered this appeal in light of the briefs, district court decision, and pertinent portions of the record on appeal. Having done so, we AFFIRM the district court judgment.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.